UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MATTHEW TOBIN<br>on behalf of himself and all<br>others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BEER CAPITOL DISTRIBUTING,<br>INC., et al.<br>    Defendants. | CASE NO. 12-CV-0274<br><br>HON. CHARLES N.<br>CLEVERT, JR.<br><br>JOINT MOTION FOR<br>FINAL APPROVAL OF<br>CLASS AND COLLECTIVE<br>ACTION SETTLEMENT |

Pursuant to the Settlement Agreement entered into by the Parties (Dkt. 33-1) and preliminarily approved by this Court (Dkt. 35), Section 16(b) of the Fair Labor Standards Act (29 U.S.C. §216(b)), the Wisconsin Wage Payment and Collection Laws (Wis. Stat. § 109.01, et. seq.; Wis. Stat. § 104.001, et. seq.; Wis. Admin. Code §§ 272 and § 274), Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920, the parties respectfully move the Court for a Final Order approving the settlement and including the following:

1) Finally approving the Settlement Agreement, adjudging its terms to be fair, reasonable, and adequate, and entering an order directing consummation of its terms and provisions by the parties;

2) Finally approving the Enhancement Payment to the Class Representative;

3) Approving Class Counsel's motion for costs and attorneys' fees, and awarding Class Counsel's attorneys' fees and costs;

4) Finally approving the settlement payments to be paid to the participating Settlement Class Members pursuant to the allocation

formulas set forth in Exhibit A to the Settlement Agreement (Dkt. 33-1);

5) Dismissing this Lawsuit on the merits and with prejudice.

Respectfully submitted this 25th day of January, 2013.

| JACKSON LEWIS | CROSS LAW FIRM, S.C. |
|---|---|
| Attorneys for Defendants | Attorneys for Plaintiffs |
| s/ BRIAN NUEDLING | s/LARRY JOHNSON |
| Brian G. Nuedling | Larry A. Johnson |
| brian.nuedling@jacksonlewis.com | ljohnson@crosslawfirm.com |
| 200 S. Executive Drive | Noah Reinstein |
| Suite 101 | nreinstein@crosslawfirm.com |
| Brookfield,WI 53005 | Nola J. Hitchcock Cross |
| 262-717- 3182 | njhcross@crosslawfirm.com |
| | The Lawyers Building |
| | 845 N. 11th Street |
| | Milwaukee, WI 53233 |
| | 414-224-0000 |